Opinion by MULLIN, P. J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Order affirmed.

---

WILLIAM H. TAYLOR, ADMINISTRATOR, ETC., OF CATHA-RINE TAYLOR, DECEASED, RESPONDENT, *v.* JAMES H. KELLY, APPELLANT.

*Gift — manual delivery not necessary.*

To constitute a gift a manual delivery of the thing given is not necessary. A delivery to a third person as trustee or bailee of the donee, is sufficient to pass the title, and the donor may, by an apt declaration to that effect, convert himself into a trustee for the donee.

*Gray* v. *Barton* (55 N. Y., 72) followed.

APPEAL from a judgment of the Livingston County Court, in favor of the plaintiff, in an action brought for the conversion by defendant of a cow and calf, the property of the plaintiff.

———— ————, for appellant.    *J. B. Adams*, for respondent.

Opinion by GILBERT, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment reversed and a new trial granted.

---

GATES SHERWOOD AND OTHERS, EXECUTORS, ETC., APPEL-LANTS, *v.* THE MERCANTILE MUTUAL INSURANCE COMPANY, RESPONDENT.

*When verdict may not be directed by the court — conflict of evidence.*

The court is not authorized to direct the jury to find a verdict for a party, when there is a conflict in the evidence, or a dispute about the facts, unless there is such a preponderance of evidence on one side that a verdict to the contrary would be set aside as being against evidence. (*Stone* v. *Flower*, 47 N. Y., 566; 3 Wait's Pr., 181, 182.)

Whether there be any evidence is for the court; whether there be sufficient evidence is for the jury. (*Anderson* v. *Morice*, L. R. [10 C. P.], 58.)